U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALL POINTS CAPITAL CORPORATION,
    Plaintiff,

vs.                                               09-CV-12913-PJD-DAS

LEIGH ANN VALLIMONT,
    Defendant.
_____/

## Order Permitting Withdrawal of Counsel

The parties having stipulated to the withdrawal of Melvin R. Partovich as counsel for Defendant, Leigh Ann Vallimont in the herein action, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Melvin R. Partovich be permitted to withdraw as counsel for Leigh Ann Vallimont in the herein cause of action. Leigh Ann Vallimont shall proceed In Pro Per at this time , and all future notices and pleadings shall be forwarded to her at 7525 Holland Rd. Taylor, Michigan 48180.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 16, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 16, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager