UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALL POINTS CAPITAL CORP.,
    Plaintiff,

v.                                              CASE NO.: 2:09-cv-12913
                                                Hon. Patrick J. Duggan

LEIGH ANN VALLIMONT,
    Defendant.
                                          /

## JUDGMENT

On July 23, 2009, Plaintiff filed this action against Defendant claiming that Defendant breached the terms of a Personal Guaranty. On February 24, 2010, this Court entered an Opinion and Order granting summary judgment to Plaintiff.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** is entered in favor of Plaintiff and against Defendant in the amount of **$194,967.26**, encompassing principal, accrued interest, late fees, costs and attorney fees owing as of February 4, 2010;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Defendant shall be liable to Plaintiff for postjudgment interest at the federal rate of interest set forth in 28 U.S.C. § 1961 from February 4, 2010 until this Judgment has been satisfied, along with all additional costs and attorney fees incurred by Plaintiff in the collection and enforcement of this Judgment.

                                                s/Patrick J. Duggan
                                                **Patrick J. Duggan**
                                                **United States District Judge**

Dated: February 11, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on February 11, 2010, by electronic and/or ordinary mail.(David Adler and Leigh Ann Vallimont 7525 Holland Road,Taylor, MI 48180)
                        s/Marilyn Orem
                        Case Manager